**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CR. No. 25-cr-20336 TLP** |
| ) | |
| **CORNEILUS BANKS,** ) | |
| ) | |
| **Defendant.** ) | |

---

**MOTION TO DISMISS CRIMINAL
COMPLAINT**

---

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney and Jermal Blanchard, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the Criminal Complaint against Corneilus Banks.

WHEREFORE**,** the United States hereby moves this Court to dismiss the charges in complaint 25-cr-20336 TLP

Respectfully Submitted,

D. Michael Dunavant
United States Attorney

/s *Jermal Blanchard*_____
JERMAL BLANCHARD
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I, Jermal Blanchard, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney.

/s *Jermal Blanchard*_____
Jermal Blanchard
Assistant United States Attorney